BEFORE JUDGE FEUERSTEIN      March 29, 2006 TIME: 11:30 AM
CR- 05- 0196

DEFT NAME: **LEONARD PALONE**                                    #
___X present___ ___not present___      ___X cust.___   ___bail___

DEFENSE COUNSEL: N**ORMAN TRABULUS**
___X present___ ___not present___   ___X CJA___  ___RET.___  ___LAS___

**A.U.S.A.:** **BURTON RYAN AND JAMES NAPP**     CLERK: Brian Ketcham

COURT REPORTER: ___PERRY AUERBACH___   OTHER: _____
INT:   (LANG.-            )

_X_ CASE CALLED.   _X_ DEFTS FIRST APPEARANCE.
DEFT _X_ SWORN   ___ ARRAIGNED _X_ INFORMED OF RIGHTS
___ WAIVES TRIAL BEFORE DISTRICT COURT

___ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___ SUPERSEDING INDICTMENT / INFORMATION FILED.
___ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.

___ DEFT ENTERS **GUILTY PLEA** TO CTS._____ O F (Superseding) INDICTMENT/INFORMATION.
_X_ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. ___1 AND 2___ OF THE SUPERCEDING INDICTMENT.
_X_ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ **DEFT REQUESTS RETURN OF PROPERTY** ___ **ORDER FILED.**
_X_ SENTENCING TO BE SET BY PROBATION.

___ DEFT ENTER **NOT GUILTY PLEA.**
___ BAIL ___ SET ___ CONT'D FOR DEFT.
_X_ DEFT CONT'D IN CUSTODY.
___ CASE ADJ'D TO_____ FOR _____
___ JYSELECT SET FOR _____ ___ BY MAG.
___ TRIAL SET FOR _____
___ **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
       CODE TYPE_____  START_____  STOP_____

___ In the interest of justice as stated on the record.

___ DISCOVERY ORDER FILED. c/m

OTHER: _____